## ROGERS *v.* LEE COUNTY.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF IOWA.

No. 95. Submitted January 4, 1866. — Decided January 22, 1866.

Reversed on the authority of *Rogers* v. *Keokuk*, *ante*, 546.

THE case is stated in the opinion.

MR. JUSTICE GRIER delivered the opinion of the court.

In this case the court instructed the jury that "under the evidence the bonds issued were without authority and were void."

The facts of this case, and the question of law arising thereon, are the same in substance as those in the preceding case of *Rogers*

v. *City of Keokuk.* Without again repeating our reasons — it is ordered, that the judgment be reversed, and a *venire de novo* be awarded. *Reversed.*

*Mr. F. A. Dick* for plaintiff in error.

*Mr. J. C. Hall* for defendant in error.